IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**ADAM TIJERINA**                                                                    **PLAINTIFF**

vs.                                          No. 5:22-cv-928-XR

**NATIONAL DEBT RELIEF, LLC**                                          **DEFENDANT**

## ORDER ON MOTION FOR EXTENSION OF TIME TO ANSWER DISCOVERY

NOW on the date set forth below, upon review of Plaintiff's Motion for Extension of Time to Answer Discovery, this Court orders as follows:

1.      Plaintiff's Motion for Extension of Time to Answer Discovery through April 24, 2023, is hereby GRANTED due to good cause shown.

DATED this __ day of April, 2023.

**IT IS SO ORDERED.**

_____
**HON. XAVIER RODRIGUEZ**
**UNITED STATES DISTRICT JUDGE**