IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ADAM TIJERINA, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO: 5:22-cv-00928-XR |
| NATIONAL DEBT RELIEF, LLC, | § § § | |
| Defendant. | § § | |

**ORDER GRANTING DEFENDANT'S MOTION
FOR LEAVE TO FILE ORIGINAL COUNTERCLAIM**

On this day came to be considered, Defendant's Motion for Leave to File Its Original Counterclaim ("Motion"). After considering the Motion, the Court is of the opinion that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant's Motion is **GRANTED.**

SIGNED this _____ day of _____, 2023.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

4865-2042-2749.1 / 109064-1016