IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**ADAM TIJERINA**                                                                                   **PLAINTIFF**

vs.                                              No. 5:22-cv-928-XR

**NATIONAL DEBT RELIEF, LLC**                                          **DEFENDANT**

## JOINT NOTICE OF SETTLEMENT

Plaintiff and Defendant submit this Joint Notice of Settlement to apprise the Court that they have reached a settlement that resolves all claims in this lawsuit. The parties are in the process of finalizing the written agreement and expect to file their dismissal papers with the Court within thirty (30) days from the filing of this Joint Notice of Settlement. Should the parties be unable to file their dismissal papers by this date, they will make an appropriate request for extension to the Court, if required, or provide a status update. In light of their progress, the parties request that all deadlines be stayed pending finalization of their written agreement.

Respectfully submitted,

**PLAINTIFF ADAM TIJERINA**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Colby Qualls
Ark. Bar No. 2019246
colby@sanfordlawfirm.com

*/s/ Josh Sanford*
Josh Sanford
Tex. Bar No. 24077858
josh@sanfordlawfirm.com

and   **NATIONAL DEBT RELIEF, LLC, DEFENDANT**

LITTLER MENDELSON, P.C.
1301 McKinney Street, Suite 1900
Houston, TX 77010
Telephone: (713) 951-9400
Facsimile: (713) 951-9212

David B. Jordan
Tex. Bar No. 24032603
djordan@littler.com

*/s/ Katie Banks*
Katie Banks
Tex. Bar No. 24092114
kbanks@littler.com

## CERTIFICATE OF SERVICE

    I, the undersigned counsel, do hereby certify that on the date imprinted by the CM/ECF system, a copy of the foregoing NOTICE was filed via the CM/ECF system, which will provide notice to the following attorneys of record:

David B. Jordan, Esq.
Katie Banks, Esq.
LITTLER MENDELSON, P.C.
1301 McKinney Street, Suite 1900
Houston, TX 77010
Telephone: 713.951.9400
djordan@littler.com
kbanks@littler.com

                                            */s/ Josh Sanford*
                                            **Josh Sanford**