IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**ADAM TIJERINA**                                                                                       **PLAINTIFF**

vs.                                              No. 5:22-cv-928-XR

**NATIONAL DEBT RELIEF, LLC**                                                   **DEFENDANT**

## JOINT STATUS REPORT

The purpose of this Joint Status Report is to update the Court on the status of settlement finalization:

1. On May 5, the Parties informed this Court that they had reached a settlement in principle that would resolve all claims asserted by Plaintiff in this matter. Joint Notice of Settlement, ECF No. 25.

2. The Parties further stated that they were in the process of finalizing settlement terms and that they expected to file their dismissal papers within 30 days, and that if they did not they would file a status report. *Id*.

3. On June 9, the Parties filed a Joint Status Report to update the Court on the status of settlement finalization and stated that they anticipate filing their dismissal papers or another status update by July 7, ECF No. 27.

4. The Parties have drafted a settlement agreement, but they require more time in order to completely execute it and to perform as contemplated by the agreement.

5. The Parties anticipate filing their dismissal papers or another status update by July 28.

Respectfully submitted,

**PLAINTIFF ADAM TIJERINA**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Colby Qualls
Ark. Bar No. 2019246
colby@sanfordlawfirm.com

*/s/ Josh Sanford*
Josh Sanford
Tex. Bar No. 24077858
josh@sanfordlawfirm.com

and   **NATIONAL DEBT RELIEF, LLC, DEFENDANT**

LITTLER MENDELSON, P.C.
1301 McKinney Street, Suite 1900
Houston, TX 77010
Telephone: (713) 951-9400
Facsimile: (713) 951-9212

David B. Jordan
Tex. Bar No. 24032603
djordan@littler.com

*/s/ Katie Banks*
Katie Banks
Tex. Bar No. 24092114
kbanks@littler.com

## **CERTIFICATE OF SERVICE**

      I, the undersigned counsel, do hereby certify that on the date imprinted by the CM/ECF system, a copy of the foregoing JOINT STATUS REPORT was filed via the CM/ECF system, which will provide notice to the following attorneys of record:

David B. Jordan, Esq.
Katie Banks, Esq.
LITTLER MENDELSON, P.C.
1301 McKinney Street, Suite 1900
Houston, TX 77010
Telephone: 713.951.9400
djordan@littler.com
kbanks@littler.com

                                                */s/ Josh Sanford*
                                                **Josh Sanford**