IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**ADAM TIJERINA**                                                                                              **PLAINTIFF**

vs.                                          No. 5:22-cv-928-XR

**NATIONAL DEBT RELIEF, LLC**                                                        **DEFENDANT**

## MOTION TO WITHDRAW—ATTORNEY COLBY QUALLS

Attorney Colby Qualls, an attorney of record herein, for his Motion to Withdraw as counsel for Plaintiff, states as follows:

1.  The undersigned has resigned from Sanford Law Firm, PLLC, and is now affiliated with the law firm of Forester Haynie, PLLC.

2.  Josh Sanford and any other attorneys of the Sanford Law Firm, PLLC, who have entered an appearance herein will remain counsel for Plaintiff.

WHEREFORE, premises considered, the undersigned respectfully requests that the Court order Colby Qualls withdrawn and terminated as counsel for Plaintiff.

Respectfully submitted,

**ATTORNEY COLBY QUALLS**

FORESTER HAYNIE, PLLC
400 North Saint Paul Street, Suite 700
Dallas, Texas 75201
Telephone: (214) 210-2100

*/s/ Colby Qualls*
Colby Qualls
Ark. Bar No. 2019246
cqualls@foresterhaynie.com

### CERTIFICATE OF SERVICE

I, Colby Qualls, do hereby certify that on the date imprinted by the CM/ECF system, a true and correct copy of the foregoing MOTION was filed via the CM/ECF system, which will provide notice to the attorneys named below:

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

David B. Jordan, Esq.
Katie Banks, Esq.
LITTLER MENDELSON, P.C.
1301 McKinney Street, Suite 1900
Houston, TX 77010
713.951.9400 (Telephone)
713.951.9212 (Telecopier)
djordan@littler.com
kbanks@littler.com

*/s/ Colby Qualls*
**Colby Qualls**