IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**ADAM TIJERINA**                                                                                           **PLAINTIFF**

vs.                                            No. 5:22-cv-928-XR

**NATIONAL DEBT RELIEF, LLC**                                                        **DEFENDANT**

### ORDER ON MOTION TO WITHDRAW—ATTORNEY COLBY QUALLS

NOW on the date set forth below, upon review of Attorney Colby Qualls' Motion to Withdraw as Attorney, this Court orders as follows:

1. Mr. Qualls' Motion to Withdraw as Attorney is hereby GRANTED.

DATED this ___ day of July, 2023.

_____
HON. XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE