IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ADAM TIJERINA, | § § | |
| Plaintiff, | § § | |
| vs. | § | CIVIL ACTION NO: 5:22-cv-00928-XR |
| NATIONAL DEBT RELIEF, LLC, | § § § | |
| Defendant. | § § | |

**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**

On this day, the Court considered Plaintiff Adam Tijerina and Defendant National Debt Relief, LLC's Joint Motion to Dismiss with Prejudice. The Court determines that the Motion should be **GRANTED.** Each party shall bear their own costs.

**IT IS SO ORDERED.**

SIGNED this _____ day of _____, 2023.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE